No. 73–6507. GILKERSON *v.* CURRY, REGISTRAR, BUREAU OF MOTOR VEHICLES. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 73–6510. JAMISON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–6517. GROVE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–6521. BAD HORSE *v.* BAD HORSE. Sup. Ct. Mont. Certiorari denied.

No. 73–6527. MEFFORD *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 73–6536. BECTON *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 73–6541. WALLACE *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 73–6544. HIGHTOWER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 73–6548. PHILLIPS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–6549. SEAY ET AL. *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 73–6550. CHRISCO ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6551. TARLTON *v.* DILL ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–6554. CAREW, AKA CARUSE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.